UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MARTIN BAEZ-GARCIA,

Defendant.

**ORDER**

23 Cr. 638 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a conference in this matter on **June 5, 2026, at 3:00 p.m.**

in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New

York, New York.

Dated: New York, New York
        May 29, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge