UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MARTIN BAEZ-GARCIA,

Defendant.

**ORDER**

23 Cr. 638 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for June 5, 2026, is adjourned to **June 10, 2026 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        June 1, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge