UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MARTIN BAEZ-GARCIA,

Defendant.

**ORDER**

23 Cr. 638 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Government is directed to respond to the Defendant's June 4, 2026 bail application (Dkt. No. 8) by **June 8, 2026, at 12:00 p.m.**

Dated: New York, New York
       June 5, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge