UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MARTIN BAEZ-GARCIA,

Defendant.

**ORDER**

23 Cr. 638 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

For the reasons stated today in open court, Defendant Baez-Garcia is detained

pending further proceedings concerning the alleged violations of the conditions of his supervised

release.

The Court will conduct a conference in this case on **July 9, 2026, at 11:00 a.m.** in

Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New

York, New York.

Dated: New York, New York
June 10, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge